UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF SERGIO MANUEL VALDOVINOS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MADERA, et al.,<br><br>Defendants. | Case No. 1:18-cv-00866-DAD-SAB<br><br>ORDER RE STIPULATION AND REQUEST TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 24) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that;

1. The Scheduling Conference currently set for September 11, 2018, CONTINUED to November 13, 2018, at 3:00 p.m., in Courtroom 9; and
2. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **September 4, 2018**

UNITED STATES MAGISTRATE JUDGE

1