# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF SERGIO MANUEL VALDOVINOS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MADERA, et al.,<br><br>Defendants. | Case No. 1:18-cv-00866-DAD-SAB<br><br>ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 27) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The scheduling conference is CONTINUED from January 28, 2019, to **April 9, 2019, at 9:00 a.m.** in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **January 22, 2019**

UNITED STATES MAGISTRATE JUDGE