UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF SERGIO MANUEL VALDOVINOS, by and through MARIBEL SHAW, individually and as successor-in-interest,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MADERA, JOSIAH ARNOLD, SHAWN BUSHEY, RICHARD GONZALEZ, RYAN VASQUEZ, and DOES 1 through 20, inclusive,<br><br>Defendants. | No. 1:18-cv-00866-DAD-SAB |
| J.V., a minor, by and through her guardian ad litem, DALIA MARTINEZ, individually and as successor-in-interest to THE ESTATE OF SERGIO MANUEL VALDOVINOS JR.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF MADERA and DOES 1 through 30, inclusive,<br><br>Defendants. | No. 1:19-cv-00035-LJO-EPG<br><br>**New Case No.: 1:19-cv-00035-DAD-SAB**<br><br><u>ORDER RELATING AND REASSIGNING CASES AND PERMITTING THE PARTIES TO SHOW CAUSE WHY THESE CASES SHOULD NOT BE CONSOLIDATED</u> |

1

Review of the above actions reveals that they are related under this court's Local Rule 123. These two actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. In addition, the currently assigned district judge and magistrate judge in the latter-captioned action have not engaged in the matter in any substantial way. Accordingly, assignment of the actions to the undersigned and to Magistrate Judge Stanley A. Boone will promote efficiency and economy for the court and parties. Good cause appearing, the court orders that the latter-referenced action is reassigned to U.S. District Judge Dale A. Drozd and U.S. Magistrate Judge Stanley A. Boone.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and does not consolidate the cases. However, Federal Rule of Civil Procedure 42(a) provides that "[i]f actions before the court involve a common question of law or fact, the court may: (1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay." A district court has broad discretion to determine whether and to what extent consolidation is appropriate. *See Garity v. APWU Nat'l Labor Org.*, 828 F.3d 848, 855–56 (9th Cir. 2016); *Inv'rs Research Co. v. U.S. Dist. Court for Cent. Dist. of Cal.*, 877 F.2d 777, 777 (9th Cir. 1989). In deciding whether to consolidate, a court should balance the interest of judicial convenience against "any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984); *Single Chip Sys. Corp. v. Intermec IP Corp.*, 495 F. Supp. 2d 1052, 1057 (S.D. Cal. 2007). "[T]he law is clear that an act of consolidation does not affect any of the substantive rights of the parties." *J.G. Link & Co. v. Continental Cas. Co.*, 470 F.2d 1133, 1138 (9th Cir. 1972); *see also Schnabel v. Lui*, 302 F.3d 1023, 1034–35 (9th Cir. 2002).

These cases arise out of the death of Sergio Manuel Valdovinos, Jr., who was shot and killed by City of Madera police officers on June 16, 2017. Plaintiff Maribel Shaw, the spouse of the decedent, and plaintiff J.V., the daughter of the decedent, bring the same or similar claims against the same defendants arising out of the same incident. The court therefore observes that these cases may be ripe for consolidation. Nonetheless, the court will permit the parties to file any statements in opposition to consolidation, should they wish to do so.

Accordingly,

1. The court orders that Case No. 1:19-cv-00035-LJO-EPG be reassigned to U.S. District Judge Dale A. Drozd and U.S. Magistrate Judge Stanley A. Boone, and that all documents filed in that action bear the new case number **1:19-cv-00035-DAD-SAB**; and

2. Within ten days from the date of service of this order, the parties may file any objection to the court's order if they oppose consolidation of the above-referenced actions.

IT IS SO ORDERED.

Dated: __**April 4, 2019**__     _____
UNITED STATES DISTRICT JUDGE