# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF SERGIO MANUEL VALDOVINOS, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>CITY OF MADERA, et al.,<br><br>     Defendants. | Case No. 1:18-cv-00866-DAD-SAB<br><br>ORDER CONTINUING ,MANDATORY SCHEDULING CONFERENCE<br><br>(ECF No. 32) |

On June 17, 2019, a notice was filed indicating that the parties had reached a settlement in this matter, however, the settlement is contingent upon the approval of a settlement and compromise of minor's claim in a companion action. The motion for approval of settlement and compromise of minor's claim is set to be heard on July 16, 2019.

Accordingly, IT IS HEREBY ORDERED that the mandatory scheduling conference set for July 9, 2019, is CONTINUED to **October 29, 2019 at 10:00 a.m.** in Courtroom 9.

IT IS SO ORDERED.

Dated:  **June 18, 2019**

UNITED STATES MAGISTRATE JUDGE

1